UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALVIN WIGGINS<br>1312 First Street, S.W.<br>Washington, DC 20024<br><br>   Plaintiff,<br><br>  v.<br><br>HON. POSTMASTER GENERAL<br>MEGAN BRANNON<br>475 L'Enfant Plaza<br>Washington, DC 20260<br><br>   Defendant. | Civil Action No. |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant Postmaster General ("Defendant"), through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(l) and 1446. In support of this notice, Defendant states as follows:

1. Plaintiff Alvin Wiggins has sued Defendant in the Small Claims and Conciliation Branch of the Civil Division, Superior Court of the District of Columbia, in No. SC 2017 SC 3006587. copies of the Small Claims Form 11 and Information Sheet are attached.

2. Defendant is the Postmaster General sued in her official capacity. *See* 28 U.S.C. § 1442(a)(l).

3. Because Plaintiff's claim is one for which the District Court would have original jurisdiction, removal is also authorized by 28 U.S.C. § 1441(a).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(l) and 1446.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: _____/s/_____
CLAIRE WHITAKER, Bar # 354530
Assistant U.S. Attorney
555 4th Street, N.W., E-4216
Washington, D.C. 20530
(202) 252-2526
Claire.Whitaker@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 27, 2017, I caused copies of the foregoing Notice of Removal of a Civil Action to be served on Plaintiff by overnight mail at the following address:

ALVIN WIGGINS
1312 First Street, S.W.
Washington, DC 20024

/s/ Claire Whitaker
CLAIRE WHITAKER
Assistant United States Attorney
555 4th Street, N.W., Rm. E-4216
Washington, D.C. 20530
Tel: (202) 252-2526
claire.whitaker@usdoj.gov

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM -120
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

Small Claims Form 11

3 pages AN

Plaintiff(s): Alvin Wiggins
1312 First Street SW
Washington DC 2002X

VS.

Defendant(s):
(1) Hon. Postmaster General
(2) Megan Brennon
(3) ~~[redacted]~~

Phone No.: 202 520 5070
No. SC 2017SC300658?

## STATEMENT OF CLAIM

USPS substation to effect a valuable, return receipt and insured letter from 07.19.2017 THRU → 11.16.2017 US — recommend consumer advocate — us — work together, play together, sleep together; remedy regard, Re: please make USPS claim No 5010489 Public

DISTRICT OF COLUMBIA, ss: _____ being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Plaintiff/Agent (Sign and Print Name): Alvin Wiggins / m.o∟—a∟ (sig)
Address: 1312 First Street SW
City/State/Zip Code: Washington DC 2002X
Phone No.: 205 520 5070
Title: SELF

Subscribed and sworn to before me this 1st day of December, 2017
Andrew North
Deputy Clerk (or Notary Public)

Attorney for Plaintiff (Sign and Print Name): _____
Address: _____
Bar No.: _____   Phone No.: _____

U.S. POSTAL SERVICE
DEC 12 -017
RECEIVED BY THE OFFICE OF GENERAL COUNSEL

FILED
DEC 01 2017
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

### NOTICE (All parties must notify the court of any address changes.)

To: Postmaster General;
(1) Hon. Megan Brennon
475 L'Enfant Plaza
Washington DC 20260
☐ Home  ☒ Business

(2) Defendant _____
Address _____  Zip Code _____
☐ Home  ☐ Business

You are hereby notified that a claim Re: asking Justice has made a claim and is requesting judgment against you in the sum of pending cost ten thousand US dollars ($ 10,000.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on 12/29/17

at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,
SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS. BRING THIS NOTICE WITH YOU AT ALL TIMES.

Deputy Clerk
Small Claims and Conciliation Branch

CV-6714/Jan. 12

RECEIVED DEC 15 2017 LAW DEPARTMENT

EXHIBIT Def Exhibit A

SCANNED

RECEIVED DEC 08 2017 CONSUMER ADVOCATE
RECEIVED Office of PMG DEC -8 2017

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services at (202)269-5100 or The DC Law Students in Court Program at (202) 638-4798 or Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161 or if you need further help come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the D.C. Bar Website at: www.lawhelp.org/dc. Act Promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer.

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, EDIFICIO B, 510 4TH STREET N.W., SALA 120.

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.



**CIVIL DIVISION**
**SMALL CLAIMS AND CONCILIATION BRANCH**
**INFORMATION SHEET**

Plaintiff: Alvin Wiggins

Case No: 2017SC3006587

vs

Defendant: Postmaster General / Megan Brennan

Date: 12/1/17

---

Name: (please print) Alvin Wiggins

Firm Name, if applicable: Self

Telephone No: 202/520 5070

6 Digit Unified Bar No.:

Relationship to Lawsuit:
- ☐ Attorney for Plaintiff
- ☒ Self (Pro Se)
- ☐ Other:

Do you need an interpreter for your case? ☐ Yes  ☒ No  If yes, what type:

AMOUNT IN CONTROVERSY:  ☐ $1-$500   ☒ $500.01-$2,500   ☐ $2,500.01-$5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: _____   Case No: _____

**NATURE OF SUIT:** (Check Appropriate Box(s))

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
- ☐ Debt Suit
- ☐ Personal Property
- ☐ Unpaid Wages
- ☒ Breach of Contract
- ☐ Breach of Warranty
- ☐ Loan
- ☐ Services Rendered
- ☐ Home Improvement Contract
- ☐ Negotiable Instrument
- ☐ Rent Due
- ☐ Security Deposit
- ☐ Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
- ☐ Automobile
- ☐ Property Damage
- ☐ Conversion
- ☐ Destruction of Property
- ☐ Shop Lifting
- ☐ Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another
- ☐ Assault and Battery
- ☐ Automobile
- ☐ Harassment
- ☐ False Witness
- ☐ Personal Injury
- ☐ Fraudulent Misrepresentation
- ☐ Libel and Slander
- ☐ Negligence
- ☐ Slip and Fall

**D.** ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** ☐ SUBROGATION – a claim filed by one person in the place of another

**E.** ☐ FOREIGN JUDGMENT – a judgment, decree or order filed from another jurisdiction

**H.** ☐ COLLECTION – a claim filed by a seller or lender to collect a consumer debt

**F.** ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes  ☐ No

CV-3046/Rev. Feb. 08

## CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ALVIN WIGGINS | POSTMASTER GENERAL MEGAN BRANNON |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Washington, D.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro Se, ALVIN WIGGINS
1312 First Street S.W.
Washington, DC 20024

ATTORNEYS (IF KNOWN)

Claire Whitaker
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2526

### II BASIS OF JURISDICTION
(SELECT ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY!)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select **one** category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes:
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**○ E. General Civil (Other)**   OR   **● F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding   ● 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. §§ 1441(a), 1442(a)(1), and 1446 for removal of this contract claim.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 10000.00   Select YES only if demanded in complaint   JURY DEMAND: ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 12/27/2017   SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint.  You may select only one category.  You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.